■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NATHAN BONNER, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Kramer, J.), rendered May 30, 1985, convicting him of attempted robbery in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Based upon a review of the record, we conclude that the trial court did not abuse its discretion in denying the defendant's motion to withdraw his guilty plea (see, CPL 220.60 [3]). Mollen, P. J., Bracken, Lawrence and Kooper, JJ., concur.